IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LORI M. FUSHER                                                                                          PLAINTIFF

vs.                                              Civil No. 2:14-cv-02223

CAROLYN COLVIN                                                                                      DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 2nd day of July 2015, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE